1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR RAMIREZ, ) | Case No.: C 12-0406 PSG |
| ) | |
| Plaintiff, ) | **STANDBY ORDER TO SHOW** |
| v. ) | **CAUSE** |
| ) | |
| JAMES WANG, dba, SNOW WHITE HOME ) | |
| CARE ) | |
| ) | |
| Defendants. ) | |

The court has been informed that the parties have reached a settlement.  Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than December 17, 2012.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, January 8, 2013 at 2 p.m. to show cause why the case should not be dismissed.

Dated: November 15, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER