UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR RAMIREZ,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JAMES WANG, dba, SNOW WHITE HOME CARE<br><br>　　　　　Defendants. | Case No.: C 12-0406 PSG<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

  Having reached a voluntary settlement, the parties moved to court to dismiss this action with prejudice. The court GRANTS the request. The case is dismissed with prejudice.

  **IT IS SO ORDERED.**

Dated:  December 13, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER