UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR RAMIREZ, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAMES WANG, dba, SNOW WHITE HOME ) <br> CARE ) <br> ) <br> Defendants. ) | Case No.: C 12-0406 PSG <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** |

Having reached a voluntary settlement, the parties moved to court to dismiss this action with prejudice. The court GRANTS the request. The case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 13, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER